

ACCEPTED
01-14-00138-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 3:48:23 PM
CHRISTOPHER PRINE
CLERK

1420 Alabama | Houston | Texas | 77004
p. 713.522.7400  f. 713.522.7410
www.TexasLegalMalpractice.com

April 22, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 3:48:23 PM
CHRISTOPHER A. PRINE
Clerk

**VIA ELECTRONIC FILING**
Christopher A. Prine
CLERK, FIRST COURT OF APPEALS
301 Fannin, Room 245
Houston, Texas 77002

> *Re:    Cause No. 01-14-00138-CV; Rolando Acevedo, et al. v. The O'Quinn Law Firm, et al.; In the First Court of Appeals, at Houston; Trial Court Cause No. 392,247-416, Rolando Acevedo, et al. v. The O'Quinn Law Firm, et al.; In the Probate Court No. 2 of Harris County Texas.*

Dear Mr. Prine,

This letter is sent to the Court pursuant to the Court's Order dated March 26, 2015, requesting monthly status updates and abating this case until June 22, 2015.

We are happy to report that since the last update set forth in the Unopposed Third Motion to Abate, the Parties have agreed on the terms of the formal release. The releases along with the settlement packages have been sent out to Appellants as well as all other clients connected to this suit (approximately 1075 clients). Once the releases are executed by Appellants and forwarded to Appellees, Appellants expect to dismiss this appeal. It is expected to take approximately forty-five days before all the releases will be received back.

We respectfully request a copy of this letter to be distributed amongst the Justices hearing this matter.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,

THE KASSAB LAW FIRM

Lance Christopher Kassab
*Attorney for Intervenor-Appellants*
*Rolando Acevedo, et al.*

cc.

Dale Jefferson (Via Electronic Filing/Email/Facsimile)
Jim Peacock (Via Electronic Filing/Email/Facsimile)
Kevin Dubose (Via Electronic Filing/Email/Facsimile)
Wallace B. Jefferson (Via Electronic Filing/Email/Facsimile)
Douglas W. Alexander (Via Electronic Filing/Email/Facsimile)